# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00143-CV

**A. R. and C. W., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE 433RD DISTRICT COURT OF COMAL COUNTY
### NO. C2014-0741D, THE HONORABLE CHARLES A. STEPHENS II, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellants A.R. and C.W. filed their notices of appeal on February 29, 2016, and March 3, 2016, respectively. Appellants' brief was due May 31, 2016. On May 31, 2016, counsel for appellants filed a motion for extension of time to file appellants' brief.

Amendments to the rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order counsel to file appellants' brief no later than June 14, 2016. If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on June 9, 2016.

Before Justices Puryear, Goodwin and Field